UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**KEVIN YAN LUIS**, on behalf of himself                    Case No.: 1:23-cv-03376-JMF
and all others similarly situated,


                            Plaintiff,                    **NOTICE OF VOLUNTARY**
                                                            **DISMISSAL WITH PREJUDICE**

            -against-

**BAREMINERAL US HOLDCO INC.**

                      Defendant.
------------------------------------------------------------x


**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.


   Dated:  Jericho, New York
          September 25, 2023

                                     Respectfully Submitted,

                                     */s/ Noor A. Saab*
   SO ORDERED.                                  By: Noor A. Saab Esq.
                                    *Attorney for Plaintiff*
                                    380 North Broadway, Penthouse West
                                    Jericho, New York 11753
   September 26, 2023                           Tel: 718-740-5060
                                    Email: noorasaablaw@gmail.com

1